### (May 27, 1976)

■ FRIGITEMP CORP., Appellant, v NEW HAVEN VETERANS MEMORIAL COLISEUM, Formerly Known as NEW HAVEN COLISEUM, Respondent.—Order, Supreme Court, New York County, entered on August 2, 1974, and the judgment entered thereon on August 15, 1974, unanimously affirmed for the reasons stated by Greenfield, J., at Individual Calendar Part 5, without costs and without disbursements. This court notes, however, that it is conceded that the contract was signed in New York. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Capozzoli, JJ.

■ J & E PRODUCTIONS, INC., Respondent, v JAMES LAVENSON et al., Appellants.—Order, Supreme Court, New York County, entered on December 15, 1975, and order entered on January 6, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., and Frank, J., at Special Term. Respondent shall recover of appellants one bill of $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Capozzoli, JJ.